Isaac S. Meyer and Benjamin J. Meyer, Copartners, etc., Appellants, v. Kate Lawrence, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.

Nellie Mullin, Respondent, v. The Long Island Railroad Company, Appellant. —Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the authority of *Mullin* v. *Long Island R. R. Co.* (136 App. Div. 733). Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

James O'Gara, Appellant, v. Helen V. Monteverde, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

James Padovano, Respondent, v. Michael Abatemarco, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.

John Pagano and Luigi Riso, Appellants, v. Patrick H. Deeley and Annie Deeley, Respondents.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Thomas and Rich, JJ.

Stanislaus J. Parodi, Appellant, v. George Tilford, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the authority of *Parodi* v. *Tilford* (136 App. Div. 734). Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

Frank A. Paulus and Others, Respondents, v. Julius Frelloehr, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Theodor Pedersen, Respondent, v. Morris Meretzky, Appellant.— Judgment of the County Court of Westchester county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

Polish Society of Prince Joseph Poniatowski, Respondent, v. Vincent Ceglecki, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Welcome Prosser, Respondent, v. George Edward Kent, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Thomas and Rich, JJ.

The People of the State of New York ex rel. Everett E. Wheeler, Appellant, v. The City of New York and Others, Respondents, Appellants.— Order affirmed, on reargument, without costs, on the opinion of Mr. Justice Blackmar at Special Term. (Reported in 62 Misc. Rep. 37, *sub nom. Matter of Wheeler*.) Hirschberg, P. J., Jenks, Thomas and Rich, JJ., concurred; Woodward, J., dissented.

Annie P. Rice, Appellant, v. Augustus M. Price, as Executor and Trustee under the Last Will and Testament of John N. Smith, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ., concurred.

Lydia L. Richter, Appellant, v. Clarence E. Hopkins, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.